NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICHARD LEO RENGEL, DOC #118906,  )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D18-1729
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____   )

Opinion filed July 31, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Richard Leo Rengel, pro se.


PER CURIAM.


          Affirmed.


LaROSE, BADALAMENTI, and SMITH, JJ., Concur.